IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BAKARR BANGURA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ELWYN, INC., | : | No. 11-2793 |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 11th day of June, 2012, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 24), it is hereby ORDERED that that the Motion is **GRANTED**.

It is FURTHER ORDERED that Plaintiff's Motion for a Hearing (Doc. No. 25 & 27) are **DENIED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.